IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| NATIONAL FARMERS UNION PROPERTY & CASUALTY COMPANY, a Wisconsin Corporation,<br><br>Plaintiff,<br><br>v.<br><br>ANN ETTEN, a married woman; ERICA ETTEN, a single woman; GREGORY ROBISON and GRACE ROBISON-KLONOSKI, individually and on behalf of the statutory beneficiaries of Deborah Robison, deceased; ERICA F. SMITH, as personal representative of the Estate of Lawrence H. Smith, and on behalf of IRVING and ESTELLE SMITH, surviving parents of Lawrence H. Smith, deceased,<br><br>Defendants. | Case No. 3:16-CV-08211-JJT<br><br>**[PROPOSED] ORDER RE: MOTION TO DISMISS AMENDED DELCARATORY JUDGMENT COMPLAINT** |

The Court having received and reviewed Defendants Ann Etten's and Erica Etten's Motion To Dismiss Amended Declaratory Judgment Complaint and good cause appearing,

**IT IS ORDERED** granting the Motion to Dismiss Amended Declaratory Judgment Complaint.